IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| TODD HEBERT | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. |
| | § | 6:21-cv-00030 |
| ER SENIOR MANAGEMENT AND | § | JURY |
| OPCO ML LLC DBA MEADOW LAKE | § | |
| SENIOR LIVING COMMUNITY | § | |

## STIPULATION OF DISMISSAL OF DEFENDANTS

Plaintiff Todd Hebert and Defendants ER Senior Management and OPCO ML LLC d/b/a Meadow Lake Senior Living Community file this Stipulation of Dismissal pursuant to FEDERAL RULES OF CIVIL PROCEDURE 41.

1. Plaintiff filed suit against Defendant alleging violations of the Americans with Disabilities Act and Family Medical Leave Act, and breach of contract.

2. Plaintiff and Defendants have reached a settlement. Plaintiff now moves to dismiss his claims against Defendants.

3. This case is not a class action nor has a receiver been appointed.

4. None of the Parties have dismissed a prior action based on or including the same claims presented in this suit.

5. Plaintiff's dismissal is with prejudice. Each party has agreed to pay their own litigation costs, including but not limited to attorneys' fees.

Dated: September 23, 2021.

**Respectfully submitted,**

By: */s/ Stacy Hoffman Bruce*
    **STACY HOFFMAN BRUCE**
    Texas Bar No. 24036793
    sbruce@cobbmartinez.com

**COBB MARTINEZ WOODWARD PLLC**
1700 Pacific Ave., Suite 3100
Dallas, TX 75201
214.220.5210 (direct)
214.220.5260 (direct fax)

**ATTORNEYS FOR DEFENDANT**

**-and-**

By: */s/ William S. Hommel, Jr.*
    **WILLIAM S. HOMMEL, JR.**
    Texas Bar 09934250
    bhommel@hommelfirm.com

**HOMMEL LAW FIRM**
5620 Old Bullard Road, Suite 115
Tyler, TX 75703
903.596.7100 (phone/fax)

**ATTORNEYS FOR PLAINTIFF**